UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **NEW CENTURY TRS HOLDINGS, INC**,: | | |
| *et al.* | : | Case No. 07-10416 (KJC) |
| Debtors | : | |
| | : | |
| **ANITA B. CARR**, | : | Adv. Pro. No. 13-51058 (KJC) |
| Plaintiff, | : | (Re: D.I. 13) |
| v. | : | |
| | : | |
| **JP MORGAN CHASE BANK, N.A.,** | : | |
| **CHASE HOME FINANCE, LLC** *et al.,* | : | |
| **and DOES 1 - 10,** | : | |
| Defendants | : | |

**ORDER DISMISSING ADVERSARY PROCEEDING
FOR LACK OF JURISDICTION**

AND NOW, this 3rd day of February, 2014, upon consideration of the motion by defendants JP Morgan Chase Bank, N.A. and Chase Home Finance, LLC to dismiss the Complaint (D.I. 13), and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that this adversary proceeding is **DISMISSED** for lack of subject matter jurisdiction.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: Alan M. Root, Esquire[1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.